UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ERx, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 3:14-cv-465-PLR-HBG |
| | ) | |
| Pioneer Health Services of Oneida, LLC, | ) | |
| | ) | |
| *Defendant*. | ) | |

## Memorandum and Order

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge, Bruce Guyton. [R. 36]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's conclusion that the defendant's motion for attorney's fees [R. 31] should be **Denied**. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that the defendant's motion for attorney's fees [R. 31] is **Denied**.

**IT IS SO ORDERED.**

Enter:

_____
**UNITED STATES DISTRICT JUDGE**